AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

JULIE ANN MANGINA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv485B

V.

CONSECO FINANCE CORP., et al

TO: (Name and address of defendant)
Christy Marie Glenn Knight
949 Mountain Drive
Fultondale, AL 35068

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Jay Lewis
847 S. McDonough Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(BY) DEPUTY CLERK

DATE  6/1/05

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

JULIE ANN MANGINA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05CV485-B

V.

CONSECO FINANCE CORP., et al

**TO:** (Name and address of defendant)
Conseco Finance Corp.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Jay Lewis
847 S. McDonough Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

*V Carther*
(BY) DEPUTY CLERK

6/1/05
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

JULIE ANN MANGINA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05CV485-B

V.

CONSECO FINANCE CORP., et al

TO: (Name and address of defendant)
Green Tree Servicing, LLC
c/o The Corporation Company
2000 Interstate park Drive, Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Jay Lewis
847 S. McDonough Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

V Carth
(BY) DEPUTY CLERK

6/1/05
DATE