| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)    B. Date of Delivery<br><br>C. Signature<br>X      ☐ Agent    ☐ Addressee |
| 1. Article Addressed to:<br><br>Conseco Finance Corp<br>c/o THE CORPORATION COMPANY<br>2000 INTERSTATE PARK DR STE 204<br>MONTGOMERY, AL 36109 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:05cv485<br>STC |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☒ Yes |
| 2. Article Number (Copy from service label) | 7003 0500 0000 1377 6153 |
| PS Form 3811, July 1999    Domestic Return Receipt | 102595-00-M-0952 |