| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature<br>X Elby Sechrist    ☐ Agent  ☐ Addressee | |
| 1. Article Addressed to:<br><br>Green Tree Servicing, LLC<br>c/o THE CORPORATION COMPANY<br>2000 INTERSTATE PARK DR  STE 204<br>MONTGOMERY, AL  36109 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>2:05 cv-485<br>S-DC | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| 2. Article Number (Copy from service label) | 4. Restricted Delivery? (Extra Fee)    ☒ Yes | |
| | 7003 0500 0000 1377 6160 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |