**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christy Marie Glenn Knight
949 Mountain Drive
Fultondale, AL 35068

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery 6/6/05

C. Signature
X _Christy M Knight_    ☐ Agent
                         ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:         ☐ No

05 cv 485
S + C B

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7003 0500 0000 1377 6177

PS Form 3811, July 1999         Domestic Return Receipt          102595-00-M-0952