IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-485-F |
| | ) |
| CONSECO FINANCE CORP., *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #8) filed on June 22, 2005, it is hereby ORDERED that:

1. The plaintiff file her response which shall include a brief and any evidentiary materials on or before July 8, 2005.

2. The defendants may file a reply brief on or before July 15, 2005.

DONE this 24th day of June, 2005.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE