IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CASE #: 2:05-cv-00485-MEF-DRB |
| | § |
| CONSECO FINANCE CORP., et al., | § |
| | § |
| Defendants. | § |

**JOINT STIPULATION FOR DISMISSAL OF
GREEN TREE SERVICING LLC WITHOUT PREJUDICE**

COME NOW the parties to the above referenced matter and, pursuant to Rule 41(a), Fed. R. Civ. P., hereby stipulate to the dismissal of Defendant Green Tree Servicing LLC ("Green Tree") from this action, without prejudice, costs taxed as paid.

All parties to this action consent to the dismissal.

/s/ Andy Nelms
K. ANDERSON NELMS (NEL0220)
Attorney for Plaintiff
Julie Ann Mangina

OF COUNSEL:
THE LAW OFFICES OF JAY LEWIS LLC
847 S. McDonough Street
Montgomery, AL 36104

/s/ Austin Huffaker
R. AUSTIN HUFFAKER, JR. (HUFFR3422)
Attorney for Defendant
Green Tree Servicing LLC

1

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON &
   & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101

                                    /s/ David Allred
                                    DAVID E. ALLRED
                                    Attorney for Defendant
                                    Christy Marie Glenn Knight

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, AL 36124-1594

2