IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, | ) |
| PLAINTIFF, | ) ) ) |
| v. | ) CASE NO. 2:05-cv-485-F ) WO |
| CONSECO FINANCE CORP., *et al.,* | ) ) |
| DEFENDANTS. | ) |

## **ORDER**

This cause is before the Court on the Joint Stipulation for Dismissal of Green Tree Servicing LLC Without Prejudice (Doc. # 11).  Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED that all claims against Defendant Green Tree Servicing LLC are DISMISSED WITHOUT PREJUDICE and that costs are taxed as paid.  It is further ORDERED that the Motion to Dismiss Green Tree Servicing LLC (Doc. # 8) is DENIED as MOOT.  Nothing in this Order is intended to in any way affect any claims against any defendant other than Green Tree Servicing LLC.

DONE this the 27th day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE