RECEIVED
2005 AUG 22 P 4: 43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05-cv-485-B |
| ) | |
| CONSECO FINANCE CORP., ) | |
| GREEN TREE SERVICING, LLC, and ) | |
| CHRISTY MARIE GLENN KNIGHT, ) | |
| ) | |
| Defendants. ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on August 18, 2005, via exchanging facsimile drafts between counsel culminating in this finalized report, between:

    ANDY NELMS for Plaintiff JULIE ANN MAGINA.

    DAVID E. ALLRED for Defendant CHRISTY MARIE GLENN KNIGHT.

2. Pre–Discovery Disclosures. The parties will exchange by September 23, 2005, the information required by Fed.R.Civ.P. 26(a)(1).

3. Discovery Plan.

    (a) Plaintiff seeks discovery regarding the activities of Defendant Knight concerning Defendant Knight's alleged invasion of the plaintiff's privacy and plaintiff's allegations regarding identity theft under state law.

    (b) Defendant Knight will need discovery on the particulars of Plaintiff Mangina's complaint, as well as the facts and documents upon which the plaintiff will rely to prove those allegations.

(c) All discovery will be commenced in time to be completed by February 15, 2006.

(d) Maximum of 25 interrogatories by each party to the other party. Responses due 30 days after service.

(e) Maximum of 15 requests for admissions by each party to the other party. Responses due 30 days after service.

(f) Maximum of 5 depositions by plaintiff and 5 depositions by the defendant. Each deposition limited to a maximum of 3 hours unless extended by agreement of parties.

(g) Reports from retained experts under Rule26(a)(2) due:

(1) From plaintiff by December 1, 2005;

(2) From defendant by February 1, 2006;

4. The parties do not request a conference with the Court before entry of the scheduling order.

5. The parties request a pretrial conference in the month of May. 2006.

6. The plaintiff should be allowed until October 1, 2005 to join additional parties and until October 15, 2005 to amend the pleadings.

7. The defendant should be allowed until October 1, 2005 to join additional parties and until October 15, 2005 to amend the pleadings.

8. All potentially dispositive motions should be filed by February 1, 2006.

9. Settlement cannot be evaluated prior to the completion of discovery.

10. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

(a) From plaintiff by January 15, 2006;

    (b) From defendant by February 15, 2006.

11. Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

12. The case should be ready for trial by August, 2006, and at this time is expected to take approximately 1 ½ to 2 days.

Respectfully submitted this 19th day of August, 2005.

                                                                            _____
                                                                            ANDY NELMS   (NEL022)
                                                                            Attorney for Plaintiff
                                                                            JULIE ANN MANGINA

OF COUNSEL:

THE LAW OFFICES OF JAY LEWIS, LLC
847 S. McDonough Street
Montgomery, Alabama 36104
Telephone:   (334) 263-7733
Facsimile:   (334) 832-4390
E-mail:      andynelms@jaylewislaw.com

                                                        /s/ *signature*
                                              DAVID E. ALLRED
                                              D. CRAIG ALLRED
                                              Attorneys for Defendant
                                              CHRISTY MARIE GLENN KNIGHT

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977
E-mail:        dallred@allredpclaw.com