# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

## NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Mangina  vs.  Conseco Finance Corp,   et al
Civil Action No.  2:05-cv-485-MEF

The above-styled case has been  reassigned to  Judge W. Keith Watkins.

Please note that the case number is now 2:05-cv-485-WKW.  This new case number should be used on all future correspondence and pleadings in this action.