IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:05-CV-485-WKW |
| | ) |
| CONSECO FINANCE CORP., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is hereby ORDERED that the jury trial in this case is continued from August 7, 2006 to September 18, 2006. All other deadlines in this case remain unchanged.

DONE this the 27th day of January, 2006.

        /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE