IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, | ) |
| *Plaintiff,* | ) ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:05-cv-485-B ) |
| CONSECO FINANCE CORP., GREEN TREE SERVICING, LLC, and CHRISTY MARIE GLENN KNIGHT, | ) ) ) ) |
| *Defendants.* | ) |

## MOTION FOR SUMMARY JUDGMENT
## OF DEFENDANT CHRISTY MARIE GLENN KNIGHT

NOW COMES CHRISTY MARIE GLENN KNIGHT, one of the defendants named herein, and moves the Court, pursuant to Rule 56 of the *Federal Rules of Civil Procedure,* to enter a summary judgment in favor of this defendant dismissing all claims and, for reason, this defendant says that there is no genuine issue as to any material fact and this defendant is entitled to summary dismissal as a matter of law. Defendant further says that the claims raised by the plaintiff do not state a claim upon which relief can be granted, that the claims are preempted by federal law, and that this defendant is entitled to summary dismissal as a matter of law. This motion is based upon the pleadings, the deposition of Julie Ann Mangina, the deposition of Christy Marie Glenn Knight, and the brief and memorandum in support of motion for summary judgment attached hereto.

Respectfully submitted,

_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Defendant
CHRISTY MARIE GLENN KNIGHT

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:  (334) 396-9977
E-mail:  dallred@allredpclaw.com
callred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing *Motion for Summary Judgment of Defendant Christy Marie Glenn Knight* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

Andy Nelms, Esq. at andynelms@jaylewislaw.com.

A copy has also been served upon the following counsel and party by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 2nd day of February, 2006:

    R. Austin Huffaker, Jr., Esq.
    RUSHTON, STAKELY, JOHNSON & GARRETT
    Post Office Box 270
    Montgomery, Alabama 36101-0270

    CONSECO FINANCE CORPORATION
    c/o THE CORPORATION COMPANY
    2000 Interstate Park Drive, Suite 204
    Montgomery, Alabama 36109

                                            /s/ Craig Allred
                                            OF COUNSEL