1                IN THE UNITED STATES DISTRICT COURT

2            FOR THE MIDDLE DISTRICT OF ALABAMA

3                      NORTHERN DIVISION

4

5    JULIE ANN MANGINA,

6                Plaintiff,

7    vs.                                          CIVIL ACTION NO.

8                                                 2:05-CV-485-F

9    CONSECO FINANCE CORP. et al.,

10               Defendants.

11

12

13                   *     *     *     *     *

14

15

16

17             DEPOSITION OF CHRISTINE RAY KNIGHT,

18   taken pursuant to notice and stipulation on behalf of the

19   Plaintiff, in the Law Offices of David E. Allred, 7030

20   Fain Park Drive, Montgomery, Alabama, before Angela

21   Fulmer, Certified Shorthand Reporter and Notary Public in

22   and for the State of Alabama at Large, on October 20,

23   2005, commencing at 10:00 p.m.

1                    APPEARANCES

2

3    FOR THE PLAINTIFF:

4          ANDERSON K. NELMS, ESQUIRE

5          Attorney at Law

6          847 S. McDonough Street

7          Montgomery, Alabama   36104

8

9    FOR THE DEFENDANT:

10         DAVID E. ALLRED, ESQUIRE

11         Attorney at Law

12         7030 Fain Park Drive, Suite 9

13         Montgomery, Alabama   36117

14

15   ALSO PRESENT:

16             Julie Mangina

17             Kevin Knight

18

19

20

21

22

23

1      able to take that down on her stenographic machine.

2      Do you understand?

3   A.   Yes.

4   Q.   Okay.   How are your currently employed?

5   A.   I'm an Inventory Control Assistant at Greentree

6      Servicing.

7   Q.   Inventory Control Assistant.   What is that?

8   A.   We repossess mobile homes and sell them.

9   Q.   How long have you been with Greentree?

10   A.   Greentree, since July of '03 or '04.

11   Q.   '03 or '04?

12   A.   I think it was '03.   Uh-huh.

13   Q.   Okay.   And what was your original position as you

14      were hired in July of '03?

15   A.   I was not hired in '03.   It was Conseco.   And

16      Greentree bought Conseco.

17   Q.   So you worked for Conseco before it became

18      Greentree?

19   A.   Correct.

20   Q.   All right.   Same office?

21   A.   Correct.

22   Q.   What did you do for Conseco?

23   A.   I was an Inventory Control Assistant.

1    A.    November 14th will be two years.

2    Q.    So you were married November the 14th, 2003?

3    A.    Correct.

4    Q.    All right.  In your job position as an Inventory

5          Control Assistant there at Greentree, do you have

6          access to computers?

7    A.    Yes.

8    Q.    All right.  Are those computers connected online to

9          the Internet?

10   A.    Yes.

11   Q.    All right.  Do you have access to TransUnion credit

12         reports?

13   A.    No.

14   Q.    Okay.  Do you know how to pull a TransUnion credit

15         report?

16   A.    No.

17   Q.    All right.  Does anybody in your office have access

18         to TransUnion credit reports?

19   A.    Not to my knowledge, no.

20   Q.    Nobody can pull a credit report from your office?

21   A.    No.  Not a credit report, no.

22   Q.    All right.  You seem to distinguish between credit

23         report and something else.  What other thing are you

1   A.   Correct.

2   Q.   Okay.   What exactly is entailed in repoing a mobile

3        home?

4   A.   I process paperwork.   I send out a notice of private

5        sale, which is a ten-day certified letter.   I'm

6        responsible for having the home picked up and sold.

7   Q.   Okay.   Do you have occasion where you have a hard

8        time locating one of the debtors?

9   A.   No.   I don't locate debtors.   I send the mover out

10       to the physical location.

11  Q.   Okay.   So you would never have any opportunity in

12       your job to try to trace down a debtor?

13  A.   No.

14  Q.   Okay.

15  A.   That's not by responsibility.

16  Q.   So whether it's your responsibility or not, my

17       question was, have you ever --

18  A.   I do not have access to locate a debtor.

19  Q.   Okay.   But is it something that you've ever done in

20       your tenure there at either Conseco or Greentree?

21  A.   No.

22  Q.   Okay.   Did you ever have a telephone conversation

23       with the plaintiff, Ms. Mangina, wherein you told