IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-485-WKW |
| ) | |
| CONSECO FINANCE CORP., *et al.* ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the defendants' Motion for Summary Judgment (Doc. #18) filed on February 2, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on March 30, 2006.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before March 23, 2006. The defendant may file a reply brief on or before March 30, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 13th day of March, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE