IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05-cv-485-B |
| ) | |
| CONSECO FINANCE CORP., ) | |
| GREEN TREE SERVICING, LLC, and ) | |
| CHRISTY MARIE GLENN KNIGHT, ) | |
| ) | |
| *Defendants.* ) | |

## MOTION FOR LEAVE TO FILE REPLY BRIEF

Now comes **Christy Marie Glenn Knight** and moves the Court for leave to file her brief in reply to the plaintiff's response to defendant's motion for summary judgment within seven (7) days of March 27, 2006 and, for reason, says:

1. That by Order dated March 13, 2006, the Court directed the plaintiff to file a response to this defendant's motion for summary judgment on or before March 23, 2006, and the defendant was permitted to file a reply brief within seven (7) days of March 23rd, or on or before March 30, 2006.

2. That plaintiff's brief in opposition to this defendant's motion for summary judgment (Document 21) was not filed until March 27, 2006.

Wherefore, the premises considered, this defendant moves the Court for leave to file her reply on or before April 3, 2006, which date is seven (7) days after the plaintiff's reply brief was filed.

Respectfully submitted,

_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Defendant
CHRISTY MARIE GLENN KNIGHT

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:  (334) 396-9977
E-mail:  dallred@allredpclaw.com
callred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 29th day of March, 2006 electronically filed the foregoing *Motion for Leave to File Reply Brief* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

Andy Nelms, Esq. at andynelms@jaylewislaw.com.

_____
OF COUNSEL