IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JULIE ANN MANGINA,                      )
                                        )
    Plaintiff,                          )
                                        )
    v.                                  )        CASE NO. 2:05-CV-00485-WKW
                                        )
CONSECO FINANCE CORP.,                  )
                                        )
    Defendant.                          )

## ORDER

_____Upon consideration of the defendant's Motion for Leave to File Reply Brief

(Doc. # 22), and for good cause shown, it is ORDERED that the motion is GRANTED.

    DONE this the 6th day of April, 2006.


                  /s/   W.  Keith Watkins
                  UNITED STATES DISTRICT JUDGE

1