IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, | ) |
| *Plaintiff,* | ) ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:05-cv-485-B ) |
| CONSECO FINANCE CORP., GREEN TREE SERVICING, LLC, and CHRISTY MARIE GLENN KNIGHT, | ) ) ) ) |
| *Defendants.* | ) ) |

**MOTION TO PERMIT SUPPLEMENT TO
MOTION FOR SUMMARY JUDGMENT**

NOW COMES **CHRISTY MARIE GLENN KNIGHT**, defendant herein, and moves the Court to permit the filing of the attached supplement to her pending motion for summary judgment and, for reason, says:

1. That the facts which necessitate the amendment were discovered after this defendant filed her motion for summary judgment and reply.

2. That the facts upon which this supplement is based completely negate the plaintiff's claims, mandate summary dismissal of those claims, and, in the interest of judicial economy and to avoid additional expense for the parties, these facts should be made known to the Court.

This supplemental motion is based upon all prior submissions, this supplemental submission and brief, including the American Honda Application referred to herein (Exhibit "A"), and this defendant's Request for Admissions (Exhibit "B"), and the plaintiff's anticipated responses thereto.

Respectfully submitted,

_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Defendant
CHRISTY MARIE GLENN KNIGHT

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:  (334) 396-9977
E-mail:  dallred@allredpclaw.com
         callred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of June, 2006 electronically filed the foregoing *Motion to Permit Supplement to Motion for Summary Judgment* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

Andy Nelms, Esq. at andynelms@jaylewislaw.com.

_____
OF COUNSEL

-2-