IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, | ) |
| *Plaintiff,* | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:05-cv-485-B ) |
| CONSECO FINANCE CORP., GREEN TREE SERVICING, LLC, and CHRISTY MARIE GLENN KNIGHT, | ) ) ) ) |
| *Defendants.* | ) ) |

### SUPPLEMENTAL SUBMISSION AND BRIEF
### IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

NOW COMES **CHRISTY MARIE GLENN KNIGHT**, defendant herein, and supplements her filings in support of her motion for summary judgment by submitting the American Honda Credit Application (Exhibit "A") attached hereto and Request for Admissions ("Exhibit "B"). (This defendant intends to submit plaintiff's anticipated responses to the Request for Admissions.)

### ARGUMENT

The attached American Honda Credit Application, which was retrieved from archived files, shows that Julie A. Mangina made an application to American Honda on June 9, 2003 for credit, which application was declined. Please note that the application contains information which only Julie Mangina could have supplied to American Honda to include her social security number, date of birth, age, phone number, address, employer, time of employment, monthly income, phone number, previous address, and e-mail address.

It was this American Honda Application, dated June 9, 2003, and made by Plaintiff Julie A. Mangina, which generated the very inquiry by "Conseco Finance Corporation" shown on Mangina's credit report and indicating that a credit inquiry was made on June 9, 2003.

This defendant would further show unto the Court that the reason "Conseco Finance Corporation" appears on the plaintiff's credit report as having made a request on June 9, 2003 is that the plaintiff herself made the American Honda Credit Application on June 9, 2003 through the American Honda Website, provided the personal information shown on the application to American Honda, and that Conseco Finance Corporation was actually doing the financing for American Honda in June, 2003 at the time that the application was made.

## Conclusion

Therefore, the plaintiff's claims are due to be dismissed on summary judgment in favor of this defendant inasmuch as the credit inquiry on June 9, 2003 was caused to be made by the application of Plaintiff Mangina to American Honda and was not due in whole or in part to any act or involvement of Defendant Christy Marie Glenn Knight.

Respectfully submitted,

_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Defendant
CHRISTY MARIE GLENN KNIGHT

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977
E-mail:   dallred@allredpclaw.com
          callred@allredpclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 16th day of June, 2006 electronically filed the foregoing *Supplemental Submission and Brief in Support of Motion for Summary Judgment* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

Andy Nelms, Esq. at andynelms@jaylewislaw.com.

_____
OF COUNSEL