```
                                      AMERICAN HONDA                    ARCHIVE DATE:  07/25/200
                                      HONDA PREAPPROVAL-WEB                     PAGE:      1767
                                      ARCHIVED APPLICATION INFORMATION
APPLICATION DATE:  06/09/2003
                                                        APPL: INDIVIDUAL      OPER:  SYS    STATUS:  DECLINED
ORGANIZATION:  690      TYPE:  202     SOURCE CODE:  9999    CREDIT DESIRED:    13,748.00
APPLICATION NUMBER:  2003160113404                           CREDIT APPROVED:         .00
ACCOUNT NUMBER:      00000000000000000000
                                                  CURRENT EMPLOYMENT INFO:
BORROWER INFO:                                       EMPLOYER:  BIRMINGHAM RADIOLOGICAL GROUP
   NAME:           JULIE A MANGINA                   TIME EMPLOYED:  00 YEARS  12 MONTHS    POSITION:
   SOC. SECURITY:  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                       MTHLY INCOME:         21,000.00
   DATE OF BIRTH:  12/11/1969                        PHONE NUMBER:   (205) 868-6247
   AGE:            33                                ADDRESS:        JULIEM@HOTMAIL.COM

CURRENT ADDRESS INFO:
   ADDRESS STATUS: (O/R/B) R                    OTHER INCOME:              .00
   TIME AT RESID:  01 YEARS  00 MONTHS
   MONTHLY PMT:             .00                 TOTAL APPL INCOME:   21,000.00
   PHONE NUMBER:   (205) 631-1281
   ADDRESS:        1114 CAGLE DR                APPL PROCESSING STEPS      STATUS      RESULT
                                                   EDIT                      C
                                                   PRE-VALIDATION            C           AC
                                                   CROSS CHECK               C           AC
                                                   APPL SCORING              C           AC
PREVIOUS ADDRESS INFO:                             VERIFICATION              N
   ADDRESS:        5640 LANG DR                    CREDIT BUREAU             C           AC
                                                   COMBINE SCORING           C           AC
                   MT. OLIVE AL 35117              FINAL JUDGEMENT           S           AD
                                                   SETUP
COMMENTS:



CREDIT SCORING:
   APPLICATION SCORING:                  CREDIT BUREAU SCORING:

                                         CONSTANT                         644     # TRADES OPEN > 12 MOS
                                         AGE OF OLDEST TRADE                0     RATIO BAL HI CREDIT /REV
                                         90+DOD+PRD+TLD                  146-     TOT # ACTIVE RETAIL FIN TRDS
                                         TOTAL # INQUIRIES LAST 12 MOS    38-     TOT AMT BKCARD TRDE OTB
                                         TOTAL # SATIS RATED TRADES         0     TOTAL HI CREDIT OR CRED. LIMI

   APPL SCORING TOTAL:        0          CRED BUREAU TOTAL:               407

   TOTAL SCORE:             407

   FICO RISK SCORE:      751000
```

EXHIBIT A

```
                                    AMERICAN HONDA                    ARCHIVE DATE 07/25/200
                                 HONDA PREAPPROVAL-WEB                           PAGE:   1767
                              ARCHIVED APPLICATION INFORMATION
APPLICATION DATE:  06/09/2003
                                                       APPL: INDIVIDUAL    OPER:   SYS      STATUS:  DECLINED
                                                       CREDIT DESIRED:      13,748.00
ORGANIZATION:  690      TYPE:  202    SOURCE CODE: 9999   CREDIT APPROVED:         .00
APPLICATION NUMBER: 2003160113404
ACCOUNT NUMBER:     0000000000000000000
                                                       PRESENT EMPLOYMENT INFO:
CO-BORROWER INFO:                                         EMPLOYER:
  NAME:
  SOC. SECURITY:  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                             TIME EMPLOYED:  00 YEARS   00 MONTHS
  DATE OF BIRTH:  00/00/0000                              MTHLY INCOME:            .00
  AGE:            000                                     PHONE NUMBER:  (000) 000-0000
                                                          ADDRESS:
CURRENT ADDRESS INFO:
  TIME AT RESID:  00 YEARS  00 MONTHS                     OTHER INCOME:            .00
  MONTHLY PMT:             .00
  PHONE NUMBER:  (000) 000-0000
  ADDRESS:


                            ************************************
                            ****    APPLICATION MEMOS       ****
                            ************************************

    06/09/2003    SYS       THE FOLLOWING DECLINE LETTER WAS REQUESTED: 100
    06/09/2003    SYS       DECLINE: BAD DEBT OR PUBLIC RECORD ACTION
    06/09/2003    SYS       DECLINE: RECENT PAYMENT HISTORY
    06/09/2003    SYS       DECLINE: BANKRUPTCY
    06/09/2003    SYS       DECLINE: INSUFFICIENT CURRENT RATED ACCOUNTS
    06/09/2003    SYS       DECLINE: PAST DUE PAYMENTS
    06/09/2003    SYS       THE FOLLOWING WERE NON-LETTER DECLINE REASONS:
    06/09/2003    SYS          MEMO: AMOUNT OF INDEBTEDNESS
    06/09/2003    SYS          MEMO: LIMITED CREDIT EXPERIENCE
    06/09/2003    SYS          MEMO: EXCESSIVE INQUIRIES ON CREDIT BUREAU
    06/09/2003    SYS          MEMO: TOT HI CREDIT OR CREDIT LIMIT
    06/09/2003    SYS          MEMO: TOTAL BALANCES ALL PERSONAL FIN TRADES
    06/09/2003    SYS          MEMO: CITY/STATE VARIES >2
    06/09/2003    SYS          MEMO: # OF SATISFACTORILY RATED TRADES
    06/09/2003    SYS          MEMO: LOW SCORE - CONSUMER
    06/09/2003    SYS       CREDIT BUREAU INFO: TU15BH
    06/09/2003    SYS                           TRANS UNION
    06/09/2003    SYS                           2 BALDWIN PLACE
    06/09/2003    SYS                           PO BOX 1000
    06/09/2003    SYS                           CHESTER            PA  19022
    06/09/2003    SYS                           800-888-4213      ------------


                            ************************************
                            ****    CREDIT BUREAU REPORT     ****
                            ************************************

    RPT DATE 06/09/03        CREDIT BUREAU SUMMARY REPORT           PAGE  1
    RPT TIME 11:34:07  REF # C6902022003160113404A11IBUR USED (TU)  ALT (      )
             ...INPUT...                 ...BUREAU...               M   VAR  HIT IND
```

```
APPLICATION DATE: 06/09/2003          AMERICAN HONDA                              ARCHIVE DATE 06/25/2003
                                   HONDA PREAPPROVAL-WEB                                PAGE: 17673
                                ARCHIVED APPLICATION INFORMATION
ORGANIZATION: 690     TYPE: 202   SOURCE CODE: 9999    APPL: INDIVIDUAL   OPER: SYS    STATUS: DECLINED
APPLICATION NUMBER: 2003160113404                      CREDIT DESIRED:  13,748.00
ACCOUNT NUMBER:     0000000000000000000                CREDIT APPROVED:       .00
                                                                          Y  %   -BUR  Y
              NAM1 MANGINA JULIE A           MANGINA JULIE A              Y  %   -BUR  Y
              NAM2                                                        N  92% -REC  VR
              STR  1114 CAGLE                802 STONEBROOK               N  83% -TYPE C
              CTY  MT AL                     FULTONDALE AL                N  3#  MULT N1/1
              ZIP  35117                     35068                        Y  #   TME-ADDR
              SSN  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               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                  Y       00/09
              DOB  12111969                  12001969                     N  9#  CB#  15BH
              PHON 205-631-1281              000-222-5325    LATEST INQUIRY 06/09/03
              FILE-DT 01/00/95   LAST ACTIVITY 05/00/03
              RT B/H999994  L2  G2 2 L310 DG 12  0  1  2  3  4  5   7  8  9  TOTAL
              #30       #PAST       1 BANK                         1                 1   2
              #60       AGE BKP    24 BANKCARD                                         1
              #90     3 DEATH       N RETAIL     1                              2      7
              PR DERG 1 TR DERG     8 FINANCE    1  3         1
              FIN TR  7 TR DISP       MEDICAL                                   4      4
              OLD TR 101 INQ6        1 OTHER                                    7     14
              # SAT   2 TR12         6 TOTAL     2  3         2
              TOT TR 14 RAT S/T     14 SATBC    RBCOPN99999995 PFBAL    19065 BNKRBAL99999999
              FICO00570   DELPHI000009 OPN12  1 OPN6   REV12 1 RECDLQ  2RECMDLQ 14RSFTR
              L5    G5   3L24   8DG48 11N30   N60    N3060  COMP 0 BKTRD  1 DSTRD 2 CUSTMSG N
                                                            ADR YMPAY    524RETRAT99999994
              MSG
              RPT DATE 06/09/03           CREDIT BUREAU SUMMARY REPORT    PAGE  2
              RPT TIME 11:34:07    REF # C69020220031601134O4A11IBUR USED (TU) ALT (         )
              *TRANS-ALERT: INPUT ADDRESS MISMATCH                 *CODE:  1---
              *TRANS-ALERT: INPUT SSN MATCHES FILE SSN             *CODE:- 0--
              *TRANS-ALERT: ZIP CODE IS VALID                      *CODE:-- 0-
              *TRANS-ALERT: INPUT SURNAME MATCHED FILE             *CODE:--- 0
              *HAWK-ALERT:  PHONE AND SSN CLEAR                    *CODE: 1---
              *TRANS-ALERT  NUMBER OF INQUIRIES IN THE LAST 60 DAYS *CODE:-1---
              *HAWK-ALERT:  CURRENT ADDRESS CLEAR                  *CODE:- 1--
              *HAWK-ALERT:  PREVIOUS ADDRESS CLEAR                 *CODE:--  -

                       PRIOR NAMES / SPOUSE /  SSN       KNIGHT,JUL
              NAM                                        MOODY,JULI
              NAM                                        LANG,JULIE
              NAM                              STR TYPE  BOX   ROUTE   DR  APT
                   HOUSE#         STREET NAME   PHONE    R/O/B RES DT  REP DT CD
                   CITY              ST   ZIP
                                                LN                          09/02
              ADR  802         STONEBROOK                                    204
                   FULTONDALE        AL   35068
                                                HY                          07/02
              ADR  924         DECATUR
                   FULTONDALE        AL   35068
              RPT DATE 06/09/03           CREDIT BUREAU SUMMARY REPORT    PAGE  3
              RPT TIME 11:34:07    REF # C69020220031601134O4A11IBUR USED (TU) ALT (         )
                   HOUSE#         STREET NAME   STR TYPE  BOX   ROUTE   DR  APT
                   CITY              ST   ZIP    PHONE    R/O/B RES DT  REP DT CD
                                                          93
              ADR
                   MOUNT OLIVE       AL   35117
```

```
                                     AMERICAN HONDA                    ARCHIVE DATE: 06/25/200
APPLICATION DATE: 06/09/2003      HONDA PREAPPROVAL-WEB                            PAGE:    176
                                ARCHIVED APPLICATION INFORMATION
                                                          APPL: INDIVIDUAL    OPER:   SYS    STATUS: DECLINED
ORGANIZATION:    690    TYPE: 202    SOURCE CODE: 9999    CREDIT DESIRED:     13,748.00
APPLICATION NUMBER: 2003160113404                         CREDIT APPROVED:         .00
ACCOUNT NUMBER:     0000000000000000000
                                                     CITY       STATE DATE      OCCUPATION
                     EMPLOYER                                         06/03
          EMP    BIRMINGHAM RADIOLOGI                                 05/98   DATA ENTR
          EMP    NORWOOD CLINIC
              RPT-DT     STATUS      LIAB  SETTL  BAL$    COURT #              PLTF/ATTY
              CASE#                               COURT
          PRD   06/01   CH 7 DISCHAR           0            0  FE
          0001  200104232                 09/01
              DANIEL D SPARKS              CREDIT BUREAU SUMMARY REPORT       PAGE  4
          RPT DATE 06/09/03
          RPT TIME 11:34:07  REF # C6902022003160113404A11IBUR USED (TU) ALT (        )
                   RTG    DESC        MEMBER NAME    MEMBER#      ECOA         TERMS  STA-DT
                                   ACCOUNT#     RPT-DT OPN-DT  HI-CR$ BAL$  P/D$  30 60 90   LNTYPE
          TRD  09B COL ACCT         STALLINGS FN  Y  926T001      INDIVIDUAL                   E
          0001 935282                   02/03Y 07/98 H   143   143   143   0  0  0 UNKNOWN
               ************************ PLACED FOR COLLECTION
              LST ACT/CLSD DT 00/00               # PAY    0 LAST          PAID         DI
                                                                                         E
          TRD  09B COL ACCT         CRDT MGT      Y  523B001      INDIVIDUAL
          0002 21355064                  08/01Y 07/01 H   544   516   516   0  0  0 COLLECT
               ************************ PLACED FOR COLLECTION
              LST ACT/CLSD DT 00/00               # PAY    0 LAST          PAID         DI
                                                                                         E
          TRD  09B COL ACCT         HONOR CR AG   Y  948J003      INDIVIDUAL
          0003 83114365                  06/01Y 04/99 H   201    20    20   0  0  0
               ************************ PLACED FOR COLLECTION
              LST ACT/CLSD DT 00/00               # PAY    0 LAST          PAID         DI
          RPT DATE 06/09/03              CREDIT BUREAU SUMMARY REPORT       PAGE  5
          RPT TIME 11:34:07  REF # C6902022003160113404A11IBUR USED (TU) ALT (        )
                   RTG    DESC        MEMBER NAME    MEMBER#      ECOA         TERMS  STA-DT
                                   ACCOUNT#     RPT-DT OPN-DT  HI-CR$ BAL$  P/D$  30 60 90   LNTYPE
          TRD  I09 CHARGE OFF       AL TELCO C U  Q  682N001      JNT-CONTRA    M    34
          0004 1108370144                04/03Q 07/96 H   129   129         0  0  0 NOTE LOA
               ************************ PROFIT & LOSS WRITEOFF - BAD DEBT
              LST ACT/CLSD DT 12/99               # PAY   36 LAST          PAID         DI F
                                                                                         307
          TRD  I09 CHARGE OFF       AL TELCO C U  Q  682N001      JNT-CONTRA    M
          0005 1108370143                04/03Q 02/96 H  3024  3024         0  0  0 NOTE LOA
               ************************ PROFIT & LOSS WRITEOFF - BAD DEBT
              LST ACT/CLSD DT 03/98               # PAY   59 LAST          PAID         DI F
                                                                                         811E
          TRD  R09 CHARGE OFF       CAPITAL 1 BK B   1DTV001      INDIVIDUAL
          0006 438864135115             07/02B 11/95 H  6934 16233 16233   0  0  0 CREDIT C
               ************************ PROFIT & LOSS WRITEOFF - BAD DEBT
              LST ACT/CLSD DT 01/97               # PAY    0 LAST          PAID         DI F
          RPT DATE 06/09/03              CREDIT BUREAU SUMMARY REPORT       PAGE  6
          RPT TIME 11:34:07  REF # C6902022003160113404A11IBUR USED (TU) ALT (        )
```

```
                                AMERICAN HONDA                          ARCHIVE DATE: 07/25/200
APPLICATION DATE: 06/09/2003    HONDA PREAPPROVAL-WEB                   PAGE:              1767
                                ARCHIVED APPLICATION INFORMATION

                                             APPL: INDIVIDUAL    OPER:    SYS       STATUS: DECLINED
ORGANIZATION:  690      TYPE: 202    SOURCE CODE:  9999    CREDIT DESIRED:    13,748.00
APPLICATION NUMBER: 2003160113404                          CREDIT APPROVED:         .00
ACCOUNT NUMBER:     000000000000000000

              RTG      DESC         MEMBER NAME      MEMBER#       ECOA          TERMS   STA-DT
                    ACCOUNT#         RPT-DT OPN-DT   HI-CR$ BAL$   P/D$    30 60 90    LNTYPE
       TRD   I09 CHARGE OFF     STANDARDFURN  H     41GZ013      INDIVIDUAL              0E
       0007  420217014           08/00H 00/00           0     1161  1161    0  0  0
             **********************  PROFIT & LOSS WRITEOFF - BAD DEBT

             LST ACT/CLSD DT 00/00         # PAY   0 LAST          PAID        DI
       TRD   I04 90 D PASTDUE COLONIAL MTG B  543A001       INDIVIDUAL    M      589
       0008  248847               02/01B 09/95 H    65184    0    0 10  3  3 FHA R/E
             **3**43*1C12111CCCC*CCCC    TRANSFERRED TO ANOTHER LENDER

             LST ACT/CLSD DT 11/00         # PAY 360 LAST          PAID        DI C
             06/00 R-05
       TRD   I04 90 D PASTDUE WORLD OMNI F F  2729004       JNT-CONTRA  M       309
       0009  11001021374          07/99F 03/96 H    12080    0    0  4  2  1 LEASE
             *3*CCCCCCCCC*CC11122C1CC    ACCOUNT CLOSED BY CONSUMER

             LST ACT/CLSD DT 00/00         # PAY  39 LAST          PAID        DI
             06/99 R-04                   CREDIT BUREAU SUMMARY REPORT       PAGE  7
       RPT DATE 06/09/03   REF # C69020220031601134044A11IBUR USED (TU) ALT (       )
       RPT TIME 11:34:07
              RTG     DESC          MEMBER NAME     MEMBER#       ECOA          TERMS   STA-DT
                    ACCOUNT#         RPT-DT OPN-DT   HI-CR$ BAL$   P/D$    30 60 90    LNTYPE
       TRD   I01 PAID/PAY AGR  AMERICREDIT    F    44WK001      JNT-CONTRA  M      524
       0010  418985222            05/03F 08/02 H    20101   19065   0  0  0  0 AUTO
             CCCCCCCCC**************

             LST ACT/CLSD DT 00/00         # PAY  61 LAST          PAID        DI
       TRD   M01 PAID/PAY AGR  WAMU/HOMESID   F   664T001      JNT-CONTRA  M      559
       0011  13698915000000       07/02F 09/95 H    65184   59969   0  1  1  3 FHA R/E
             CCC1C32******CCC44CC***

             LST ACT/CLSD DT 00/00         # PAY 360 LAST          PAID        DI
             01/01 R-05
       TRD   I01 PAID/PAY AGR  AFSCI          F   15BL5CL      JNT-CONTRA  M        0
       0012  70132650661747       01/96F 05/95 H    3429     0       0  0  0  0 AUTO
             ************************

             LST ACT/CLSD DT 12/95         # PAY  37 LAST          PAID        DI C
                                         CREDIT BUREAU SUMMARY REPORT       PAGE  8
       RPT DATE 06/09/03   REF # C69020220031601134044A11IBUR USED (TU) ALT (       )
       RPT TIME 11:34:07
              RTG     DESC          MEMBER NAME     MEMBER#       ECOA          TERMS   STA-DT
                    ACCOUNT#         RPT-DT OPN-DT   HI-CR$ BAL$   P/D$    30 60 90    LNTYPE
       TRD   RUR UNRATED        NBGL-MCRAES    D   1429002      INDIVIDUAL              0
       0013  6999343640           10/01D 04/97 H     399      0       0  0  0 CHARGE A
             **********************  BANKRUPTCY

             LST ACT/CLSD DT 09/98         # PAY   0 LAST          PAID 06/98 DI C
       TRD   IUR UNRATED        AFSCI          F   15BL5CL      JNT-CONTRA  M        0
       0014  70132650657725       06/95F 01/95 H     456      0       0  0  0  0 AUTO
             ************************  REFINANCED ACCOUNT
```

```
                                  AMERICAN HONDA                      ARCHIVE DATE: 06/25/200
                                  HONDA PREAPPROVAL-WEB                            PAGE:   1767
APPLICATION DATE: 06/09/2003      ARCHIVED APPLICATION INFORMATION

ORGANIZATION: 690    TYPE: 202   SOURCE CODE: 9999   APPL: INDIVIDUAL    OPER: SYS    STATUS: DECLINED
APPLICATION NUMBER: 2003160113404                    CREDIT DESIRED:   13,748.00
ACCOUNT NUMBER:     0000000000000000000               CREDIT APPROVED:        .00

             LST ACT/CLSD DT 05/95        # PAY  12 LAST       PAID       DI C
             DATE         MEMBER NAME          MEMBER #
      INQ  06/09/03   CONSECO FIN.          F   8500014
      INQ  04/22/03   ESB/HARLEY            F   2200490
      RPT DATE 06/09/03         CREDIT BUREAU SUMMARY REPORT        PAGE  9
      RPT TIME 11:34:07  REF # C69020222003160113404A11IBUR USED (TU) ALT (        )
             DATE         MEMBER NAME          MEMBER #
      INQ  11/04/02   JH BERRY & C          R   0001476
      INQ  08/21/02   NUVELL CRD            N   0231198
      INQ  08/21/02   AMERICREDIT           F   3738249
      ***  08/21/02   AMERICREDIT           F   0027016
      INQ  08/20/02   SUSAN SCHEIN          A   0010773
      INQ  07/14/02   CAP AUTOMOTI          A   2200893
      INQ  05/29/02   1ST PREMIER           B   0020123
             TYPE    SCORE       REASON  DESCRIPTION
      RSK EMPIRI    00570 +  022         SERIOUS DELINQUENCY
                              010        PROPORTION OF BAL TO CREDIT LIMITS IS TOO HIGH ON
                                         BANK REVOLVING OR OTHER REVOLVING ACCTS
                              018        NUMBER OF ACCOUNTS WITH DELINQUENCY
                              014        LENGTH OF TIME ACCTS HAVE BEEN ESTABLISHED
      RPT DATE 06/09/03         CREDIT BUREAU SUMMARY REPORT        PAGE 10
      RPT TIME 11:34:07  REF # C69020222003160113404A11IBUR USED (TU) ALT (        )
             TYPE    SCORE       REASON  DESCRIPTION
      RSK  501           +  U            UNAUTHORIZED REQUEST
      ****************************  END OF REPORT  ****************************
```