IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, )<br>)<br>*Plaintiff*, )<br>)<br>vs. )<br>)<br>CONSECO FINANCE CORP., )<br>GREEN TREE SERVICING, LLC, and )<br>CHRISTY MARIE GLENN KNIGHT, )<br>)<br>*Defendants*. ) | CIVIL ACTION NO. 2:05-cv-485-B |

## REQUEST FOR ADMISSIONS

NOW COMES **CHRISTY MARIE GLENN KNIGHT**, defendant herein, and requests that the plaintiff admit the truth of the following facts for the purposes of this action pursuant to the *Federal Rules of Civil Procedure*:

1. That the American Honda Credit Application attached hereto is a true and correct copy of the electronic information on file regarding the application.

2. That the information shown on the American Honda Application as "Borrower Information"; "Current Address Information"; "Current Employment Information"; "Previous Address Information"; and "Total Applicant Income" is information regarding the plaintiff, Julie A. Mangina.

3. That said information was supplied by the plaintiff, Julie A. Mangina, in making the Credit Application.

4. That the plaintiff, Julie A. Mangina, made the credit application depicted and described in the American Honda Credit Application.



EXHIBIT B

5.  That the plaintiff, Julie A. Mangina, made the credit application depicted and described in the American Honda Credit Application on June 9, 2003.

6.  That the information shown on the Credit Application (six pages) is true and correct.

7.  That the amount of credit requested on the application was $13,748.

8.  That the application was declined.

9.  That on June 9, 2003, Conseco Finance Corporation was handling the credit applications for American Honda.

10. That Conseco Finance Corporation is shown on the plaintiff's credit report as having made an inquiry on June 9, 2003 because the plaintiff submitted a credit application to American Honda on that same date.

11. That the American Honda Application on June 9, 2003 generated or caused the entry on plaintiff's credit report that Conseco Finance Corporation had made a credit inquiry on June 9, 2003.

12. That Defendant Christy Marie Glenn Knight did not cause or create, nor did she have any hand in generating the credit application to American Honda dated June 9, 2003.

13. That the credit inquiry of June 9, 2003 by Conseco Finance Corporation, upon which the plaintiff bases her complaint, was not generated or caused by Defendant Christy Marie Glenn Knight.

_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Defendant
CHRISTY MARIE GLENN KNIGHT

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:  (334) 396-9977
E-mail:   dallred@allredpclaw.com
          callred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Request for Admissions* has been served upon the following counsel of record in this cause by placing a copy thereof in the United States Mail, first-class postage, on this the 16th day of June, 2006:

    Andy Nelms, Esq.
    THE LAW OFFICES OF JAY LEWIS, LLC
    847 S. McDonough Street
    Montgomery, Alabama 36104

                                                                         OF COUNSEL