IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, | ) |
| *Plaintiff,* | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:05-cv-485-B ) |
| CONSECO FINANCE CORP., GREEN TREE SERVICING, LLC, and CHRISTY MARIE GLENN KNIGHT, | ) ) ) ) |
| *Defendants.* | ) ) |

### **WITNESS LIST OF DEFENDANT CHRISTY MARIE GLENN KNIGHT**

This defendant will or may call the following witnesses at the trial of this case:

1. Christy Knight.

2. Kevin Knight.

3. Talaya L. Kluttz; 1600 Summer Street, Stamford, Connecticut, 06905; (651) 286-5066.

4. Custodian of Records at Successor of Conseco Financial Corporation.

5. Brett Rouleau; 1600 Summer Street, Stamford, Connecticut, 06905; (651) 286-5066.

6. Elizabeth Sand; 1600 Summer Street, Stamford, Connecticut, 06905; (651) 286-5066.

7. Eric S. Berkowitz; 1600 Summer Street, Stamford, Connecticut, 06905; (651) 286-5066.

8. Robert Eller; 3500 Blue Lake Drive, Suite 360, Birmingham, Alabama, 35243; (800) 940-3581.

9. Custodian of Records, Green Tree Servicing, Inc., 3500 Blue Lake Drive, Suite 360, Birmingham, Alabama, 35243; (800) 940-3581.

10. Custodian of Records, Clerk of Circuit Clerk, Domestic Relations Division, Jefferson County Courthouse, Birmingham, Alabama.

11. Custodian of Records, GE Consumer Finance, 1600 Summer Street, Stamford, Connecticut, 06905; (651) 286-5066.

12. Custodian of Records, Birmingham Radiology Group, Birmingham, Alabama; (205) 868-6247.

13. Michael Mangina; 5640 Lang Drive, Mt. Olive, Alabama; (205) 631-1281.

                                                        /s/ David E. Allred

DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Defendant
CHRISTY MARIE GLENN KNIGHT

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:  (334) 396-9977
E-mail:  dallred@allredpclaw.com
        callred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of June, 2006 electronically filed the foregoing *Witness List of Christy Marie Glenn Knight* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

Andy Nelms, Esq. at andynelms@jaylewislaw.com.

_____
OF COUNSEL