IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05-cv-485-B |
| ) | |
| CONSECO FINANCE CORP., ) | |
| GREEN TREE SERVICING, LLC, and ) | |
| CHRISTY MARIE GLENN KNIGHT, ) | |
| ) | |
| *Defendants.* ) | |

### EXHIBIT LIST OF DEFENDANT CHRISTY MARIE GLENN KNIGHT

Christy Knight will or may offer the following exhibits as evidence at the trial of this case:

1. All exhibits to the depositions of the parties.

2. The plaintiff's credit report.

3. The American Honda Credit Application dated June 9, 2003.

4. Pleadings, orders, and filings in the case of *Kevin Harold Knight v. Julie Ann Knight* in the Circuit Court of Jefferson County, Alabama.

(These documents have been previously furnished to opposing counsel, however, this defendant will provide additional copies to opposing counsel if requested to do so.)

                                                    _____
                                                    DAVID E. ALLRED
                                                    D. CRAIG ALLRED
                                                    Attorneys for Defendant
                                                    CHRISTY MARIE GLENN KNIGHT

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977
E-mail:   dallred@allredpclaw.com
         callred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of June, 2006 electronically filed the foregoing *Exhibit List of Christy Marie Glenn Knight* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

Andy Nelms, Esq. at andynelms@jaylewislaw.com.

_____
OF COUNSEL