IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:05-cv-00485-WKW |
| | ) |
| | ) |
| CONSECO FINANCE CORP., | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

The parties in this case were directed in Section 3 of the Uniform Scheduling Order to conduct a face-to-face settlement conference for the purpose of engaging in good faith settlement negotiations. A report of this conference was due to be filed with the Court on or before April 22, 2006. At this time, no such report has been filed. It is therefore ORDERED that the parties shall conduct a face-to-face settlement conference as required by Section 3 of the Uniform Scheduling Order, and the plaintiff shall file a Notice Concerning Settlement Conference and Mediation on or before July 14, 2006.

DONE this the 20th day of June, 2006.

                                          /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE