IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Civil Action No.: 2:05-cv-485 |
| v. | ) |
| | ) |
| CHRISTY MARIE GLENN KNIGHT, | ) |
| | ) |
| Defendant. | ) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW Plaintiff, by and through her counsel and reports to the Court as follows:

As required by the Court's scheduling order, counsel for the plaintiff has met and conferred with counsel for the defendant regarding the possibility of settling this case. At present, it appears that settlement will not be possible; however the parties continue to negotiate. The parties do believe that mediation will assist them in resolving this case. Therefore, the parties request mediation.

Respectfully submitted this the __10th__ day of July, 2006.

                                                                                s/K. ANDERSON NELMS
                                                                                K. ANDERSON NELMS
                                                                                P.O. Box 5059
                                                                                Montgomery, AL 36103
                                                                                Phone: (334) 263-7733
                                                                                Fax: (334) 832-4390
                                                                                andynelms@jaylewislaw.com
                                                                                ASB-6972-E63K
                                                                                Counsel for Plaintiff

OF COUNSEL:
THE LAW OFFICES OF JAY LEWIS, LLC
847 S. McDonough Street
Montgomery, Alabama 36104
(334) 263-7733
fax: (334) 832-4390

## CERTIFICATE OF SERVICE

  I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by electronic delivery on this_10th_ day of July, 2006.

David E. Allred
Craig Allred

                s/K. ANDERSON NELMS
                K. ANDERSON NELMS
                P.O. Box 5059
                Montgomery, AL 36103
                Phone: (334) 263-7733
                Fax: (334) 832-4390
                andynelms@jaylewislaw.com
                ASB-6972-E63K