IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, | ) |
| *Plaintiff,* | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:05-cv-485-B ) |
| CONSECO FINANCE CORP., GREEN TREE SERVICING, LLC, and CHRISTY MARIE GLENN KNIGHT, | ) ) ) ) |
| *Defendants.* | ) |

### OBJECTION TO NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION / MOTION FOR RELIEF

NOW COMES **CHRISTY MARIE GLENN KNIGHT** and objects to the plaintiff's notice concerning settlement conference and mediation filed July 10, 2006, which notice states: "The parties do believe that mediation will assist them in resolving this case. Therefore, the parties request mediation." For reason, this defendant says that her counsel has not at all advised the plaintiff or her counsel that mediation would be helpful in this case; rather, defendant's counsel has informed plaintiff's counsel from the outset of this case that defendant counsel's has been employed to provide a defense only to Defendant Knight and that Defendant Knight does not intend to make any voluntarily payment, by mediation or otherwise, in this case. Therefore, Defendant Knight respectfully requests the Court for relief from any obligation to participate in mediation as such a proceeding would be completely pointless and a waste of time and money for the litigants, as well as a waste of judicial resources.

Respectfully submitted,

_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Defendant
CHRISTY MARIE GLENN KNIGHT

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:  (334) 396-9977
E-mail:      dallred@allredpclaw.com
             callred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of July, 2006 electronically filed the foregoing *Objection to Notice Concerning Settlement Conference and Mediation / Motion for Relief* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

Andy Nelms, Esq. at andynelms@jaylewislaw.com.

_____
OF COUNSEL