IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    2:05-CV-00485-WKW |
| | ) |
| CHRISTY MARIE GLENN KNIGHT, | ) |
| | ) |
| Defendant. | ) |

### ORDER for CLARIFICATION OF MEDIATION STATUS

Upon consideration of Plaintiff's *Notice Concerning Settlement Conference and Mediation*, which recited the parties' request for mediation (Doc. 30, July 10, 2006), the undersigned Magistrate Judge proceeded with communications to schedule a mutually convenient date, pursuant to this District's policy. Defense counsel of record has advised, however, that Defendant does not desire mediation, that Plaintiff's representation to the contrary is in error, and that Defendant desires a ruling on her pending motion for summary judgment. Accordingly, the undersigned provides this clarification to ensure that the court does not rely on the mediation notice filed.

Done this 13th day of July, 2006.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE