IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:05-CV-00485-WKW |
| | ) |
| CHRISTY MARIE GLENN KNIGHT, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

Prior to notice of Defendant's filed *Objection to Notice Concerning Settlement Conference and Mediation/Motion for Relief* (Doc. 31, July 12, 2006), the undersigned entered an *ORDER for Clarification of Mediation Status* (Doc 32, July 13, 2006) pursuant to telephone notice of the Defendant's opposition to Mediation. Accordingly, it is now

**ORDERED** that Defendant's *Motion for Relief* **is GRANTED** to the extent of the ORDER (Doc. 32) which effectively relieves the Defendant from participation in any mediation which is not jointly requested.

Done this 14th day of July, 2006.

　　　　　　　　　　　　　　　　　　　　　**/s/ Delores R. Boyd**
　　　　　　　　　　　　　　　　　　　　　DELORES R. BOYD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE