IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, | ) |
|  | ) |
| *Plaintiff,* | ) |
|  | ) |
| vs. | ) CIVIL ACTION NO. 2:05-cv-485-B |
|  | ) |
| CONSECO FINANCE CORP., | ) |
| GREEN TREE SERVICING, LLC, and | ) |
| CHRISTY MARIE GLENN KNIGHT, | ) |
|  | ) |
| *Defendants.* | ) |

### JOINT STIPULATION FOR DISMISSAL

NOW COME the parties by and through their respective attorneys and jointly move the Court to dismiss all claims against Defendant **CHRISTY MARIE GLENN KNIGHT** with prejudice, costs taxed as paid.

_____   Jay Lewis,
ANDY NELMS                  with Express Permission
Attorney for Plaintiff
JULIE ANN MANGINA

OF COUNSEL:
THE LAW OFFICES OF JAY LEWIS, LLC
847 S. McDonough Street
Montgomery, Alabama 36104
Telephone:   (334) 263-7733
Facsimile:   (334) 832-4390
E-mail:      andynelms@jaylewislaw.com

_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Defendant
CHRISTY MARIE GLENN KNIGHT

OF COUNSEL:
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977
E-mail:      dallred@allredpclaw.com
             callred@allredpclaw.com