IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE ANN MANGINA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-00485-WKW |
| ) | (WO) |
| ) | |
| CONSECO FINANCE CORP. and ) | |
| CHRISTY MARIE GLENN KNIGHT, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties filed a Joint Stipulation of Dismissal With Prejudice (Doc. # 35). Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby ORDERED that this civil action is DISMISSED with prejudice.

An appropriate judgment will be entered.

Done this the 3rd day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE